IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10040
Conference Calendar

_____


DALE GARLAND THOMPSON,

                                             Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION; MR. CROW, Warden;
DON NIMMO, Education; D.J. HART, Classification;
MAJOR BROWN, Officer,

                                             Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CV-911-A
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Dale Garland Thompson, Texas prisoner # 588416, appeals the

district court's dismissal, pursuant to 28 U.S.C. § 1915A, of his

42 U.S.C. § 1983 action claiming a constitutional violation for

being required to attend substance abuse classes.  On appeal,

Thompson alleges no specific error in the district court's

opinion.  We have reviewed the record and the district court's

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

opinion and find no reversible error.  See Thompson v. Johnson,
No. 4:97-CV-911-A (N.D. Tex. Dec. 18, 1997).  Further, we hold
that Thompson's appeal is frivolous, and accordingly, we DISMISS
the appeal as frivolous.  5th Cir. R. 42.2.

APPEAL DISMISSED AS FRIVOLOUS.